**Dismissed and Memorandum Opinion filed January 28, 2014.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-13-00902-CV

---

## DEBORAH THOMAS IN HER INDIVIDUALLY CAPACITY AND AS REPRESENTATIVE OF THE ESTATE OF KENNETH THOMAS, Appellant

### V.

### S. BRYANT, Appellee

---

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2013-09216A**

---

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed July 12, 2013. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On December 12, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within

fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices McCally, Busby, and Donovan.